IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARWYN HANNA, *et al*; | § | |
|    *Plaintiffs,* | § | |
| | § | |
| VS. | § | Civil Action No. 1:19-cv-124-LG-RHW |
| | § | |
| CSX TRANSPORTATION, INC., *et al.,* | § | |
|    *Defendants.* | § | |

### HANNA PLAINTIFFS' NOTICE OF DISMISSAL
### OF DEFENDANTS CSX TRANSPORTATION, INC.
### AND CSX CORPORATION

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiffs Darwyn, Marie Hanna, Helen Dailey, Gloria Medina, Charles Keathley, Mary Ellen Keathley, Duane McKervey, Kim McKervey, Evelyn Viot, Velma Luttrell, Karen Webb, Debra King, Dorothy Milberger, Betty Kahanek, Mollie Dubois, Janice Gaskamp, Individually and as Independent Executrix of the Estate of Eugene Gaskamp, Deceased, Tim Orr, Christine Sheets, Charles Sheets, Lesley Schell, Individually and on behalf of the Estate of Deborah Orr, Deceased, Mary Lucas, Mary Hall, Linda Cox, Joseph Rabel, Betty Rabel, Louisa Cruz, Juanita Cruz, Priscilla Torres, Justine Nygren, Jill McCan, Santiago De La Cruz, Mary De La Cruz, Rodney Turner, and Catherine Turner hereby provide notice of dismissal of Defendants CSX Transportation, Inc. and CSX Corporation from the instant case ***with prejudice***.

Neither CSX Transportation, Inc. nor CSX Corporation has filed an answer or a motion for summary judgment. Each party shall bear its own costs.

RESPECTFULLY SUBMITTED this the 7th day of June, 2019.

                        */s/ Gerald Waltman III*_____
                        Gerald Waltman III (MS Bar No. 105409)
                        Mark W. Davis (MS Bar No. 5840)
                        **DAVIS & CRUMP, P.C.**
                        2601 14TH Street
                        Gulfport, MS  39501
                        Telephone: (228) 863-6000
                        Facsimile:  (228) 864-0907
                        Email: jess.waltman@daviscrump.com
                                  markdavis@daviscrump.com
                        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I, Gerald Waltman III, of Davis & Crump, P. C., do hereby certify that a true and correct copy of the foregoing was filed using the Case Management/Electronic Case File (CM/ECF), which will send notification to all interested parties.

**SO CERTIFIED** this the 7th day of June, 2019.

                        */s/ Gerald Waltman III*_____
                        Gerald Waltman III (MS Bar No. 105409)